# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                 Case No. _____

**Cunha, Michael J** _____    Chapter **7**_____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,200.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,200.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
        **N/A**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **2004 examinations, contested hearings and adversary proceedings**

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td>_____<br>**February 14, 2011**<br>Date</td>
<td>*/s/ John E. Gierum*<br>John E. Gierum 0951803<br>Gierum & Mantas<br>9700 West Higgins Road Suite 1015<br>Rosemont, IL  60018<br><br>jgierum@7trustee.net</td>
</tr>
</table>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

**Cunha, Michael J** _____                  Chapter **7** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy |
| Address: | petition preparer is not an individual, state |
| | the Social Security number of the officer, |
| | principal, responsible person, or partner of |
| | the bankruptcy petition preparer.) |
| **X** _____ | (Required by 11 U.S.C. § 110.) |
| Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or | |
| partner whose Social Security number is provided above. | |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Cunha, Michael J** _____         **X** _/s/ Michael J. Cunha_ _____  **2/14/2011**
Printed Name(s) of Debtor(s)                           Signature of Debtor                        Date

Case No. (if known) _____          **X** _____
                                                       Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cunha, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **6621** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1124 W. Old Monee Road**<br>**Crete, IL**<br>ZIPCODE **60417** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 518**<br>**Crete, IL**<br>ZIPCODE **60417-0518** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.         business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                        Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cunha, Michael J** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　　　Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

　☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

　☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　_____

　　(Name of landlord or lessor that obtained judgment)

　　_____

　　(Address of landlord or lessor)

　☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Cunha, Michael J**

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael J. Cunha**

Signature of Debtor                    **Michael J. Cunha**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 14, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

---

**Signature of Attorney***

X **/s/ John E. Gierum**
Signature of Attorney for Debtor(s)

**John E. Gierum 0951803**
**Gierum & Mantas**
**9700 West Higgins Road Suite 1015**
**Rosemont, IL  60018**

**jgierum@7trustee.net**

**February 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                                      Case No. _____

**Cunha, Michael J** _____    Chapter **7** _____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Michael J. Cunha** _____

Date: **February 14, 2011** _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Cunha, Michael J                                                   Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   500,000.00 | | |
| B - Personal Property | Yes | 3 | $   6,055.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   924,223.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | $   6,957,239.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $   0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $   1,140.00 |
| TOTAL | | 46 | $   506,055.00 | $   7,881,462.48 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Cunha, Michael J                                                        Chapter **7** _____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Cunha, Michael J** _____    Case No. _____

Debtor(s)    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real property at 4070 N. 2250 West Rd., Burbonnais, IL** | | **J** | **0.00** | **398,148.00** |
| **Residence at 1124 Old Monee Rd., Crete, Il - jointly own with William A. Cunha and Gwen Cunha.** | | **J** | **500,000.00** | **526,075.00** |
| | | **TOTAL** | **500,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Cunha, Michael J</u>                                                            Case No. _____

         Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | pocket cash | | 30.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking | | 25.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | normal household goods and related | | 1,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | normal wardrobe and related | | 2,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Cunha, Michael J
_____    Case No. _____
Debtor(s)                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 chevy 3/4 ton pickup truck<br>2003 Chevy Cargo Van with more than 100,000 miles | | 1,300.00<br>1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) Cont.

IN RE **Cunha, Michael J**
_____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **6,055.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Cunha, Michael J** _____    Case No. _____

                        Debtor(s)                             (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at 1124 Old Monee Rd., Crete, Il - jointly own with William A. Cunha and Gwen Cunha.** | **735 ILCS 5 §12-901** | **15,000.00** | **500,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **pocket cash** | **735 ILCS 5 §12-1001(b)** | **30.00** | **30.00** |
| **checking** | **735 ILCS 5 §12-1001(b)** | **25.00** | **25.00** |
| **normal household goods and related** | **735 ILCS 5 §12-1001(b)** | **600.00** | **1,200.00** |
| **normal wardrobe and related** | **735 ILCS 5 §12-1001(a)** | **2,000.00** | **2,000.00** |
| **1995 chevy 3/4 ton pickup truck** | **735 ILCS 5 §12-1001(b)** | **1,300.00** | **1,300.00** |
| **2003 Chevy Cargo Van with more than 100,000 miles** | **735 ILCS 5 §12-1001(c)** | **1,500.00** | **1,500.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Cunha, Michael J                                                    Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **189217937**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA  93065** | X | H | **Mortgage account opened 2/08 for debtor's residence at 1124 W. Old Monee Rd., Crete, IL** | | | | **526,075.00** | **26,075.00** |
| | | | VALUE $ **500,000.00** | | | | | |
| ACCOUNT NO. **142306481**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA  93065** | X | H | **Mortgage account opened 9/06 for 4070 N. 2250 West Rd., Bourbonnais, IL** | | | | **353,148.00** | **353,148.00** |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **142306553**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA  93065** | | H | **2nd mortgage for 4070 W 2250 Rd., Burbonnais, IL** | | | | **45,000.00** | **45,000.00** |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____**0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **924,223.00** | $ **424,223.00** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ **924,223.00** | $ **424,223.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

IN RE Cunha, Michael J _____    Case No. _____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Cunha, Michael J
_____
Debtor(s)                    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AAA Suply<br>608 Route 41<br>Schererville, IN  46375** | | | | | | | **4,007.84** |
| ACCOUNT NO.<br>**Ackman, Marek & Boyd, Ltd<br>One Dearborn Square, Suite 400<br>Kankakee, IL  60691** | | | | | | | **9,842.75** |
| ACCOUNT NO.<br>**All Pro Paving, Inc.<br>P.O. Box 1297<br>Frankfort, IL  60423** | | | | | | | **5,510.00** |
| ACCOUNT NO.<br>**Allied Building Products Corp.<br>3888 Collections Center Dr.<br>Chicago, IL  60693** | | | | | | | **3,000.00** |

**28** continuation sheets attached

Subtotal
(Total of this page)   $   **22,360.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J

_____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Allied Waste Services #715** <br> P.O. Box 9001099 <br> Louisville, KY  40290 | | | | | | | 843.09 |
| ACCOUNT NO. **3077000037818 & 4105** <br> **Allied Waste Services #770** <br> P.O. Box 9001154 <br> Louisville, KY  40290-1154 | | | | | | | 1,026.45 |
| ACCOUNT NO. **1011169572** <br> **American International Companies** <br> 22427 Network Place <br> Chicago, IL  60673-1224 | | | | | | | 40.00 |
| ACCOUNT NO. **5316009857** <br> **Amerigas** <br> Dept 0140 <br> Palatine, IL  60055-0140 | | | | | | | 1,182.29 |
| ACCOUNT NO. <br> **Amerititle, Inc.** <br> 20550 Lagrange Rd. <br> Frankfort, IL  60423 | | | | | | | 525.00 |
| ACCOUNT NO. **endor** <br> **Aqua Illinois** <br> P.O. Box 298 <br> Struthers, OH  44471 | | | | | | | 2,811.21 |
| ACCOUNT NO. <br> **AT&T** <br> P.O. Box 8100 <br> Aurora, IL  60507-8100 | | | | | | | 1,245.63 |

Sheet no. **1** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,673.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4264-2939-6425-6824**<br>**Bank Of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | | | | | | | **25,418.64** |
| ACCOUNT NO.<br>**Bronson & Migliaccio, LLP**<br>**799 Roosevelt Road, Bldg. 6, Ste. 316A**<br>**Glen Ellyn, IL 60137** | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. **1742001**<br>**Bass Lake Conservancy District**<br>**P.O. Box 574**<br>**Knox, IN 46534** | | | | | | | **293.25** |
| ACCOUNT NO. **416038**<br>**Bayview Financial Loan**<br>**2601 S Bayshore Dr 4th Fl**<br>**Miami, FL 33133** | X | | Mortgage account opened 4/05 for 44.5 acres in Section 17 of Manteno, IL - Debtor is just a co-signor on the note. | | | | **990,000.00** |
| ACCOUNT NO.<br>**Potestivo & Associates, P.C.**<br>**223 W. Jackson Blvd, Ste. 610**<br>**Chicago, IL 60606** | | | Assignee or other notification for:<br>Bayview Financial Loan | | | | |
| ACCOUNT NO. **400008581**<br>**Bayview Financial Loan**<br>**2601 S Bayshore Dr 4th Fl**<br>**Miami, FL 33133** | X | H | Mortgage account opened 11/04 for property at 567E 9000N Road , Manteno, IL - Debtor is just a signor on the note. | | | | **125,946.00** |
| ACCOUNT NO. **415872**<br>**Bayview Financial Loan**<br>**2601 S Bayshore Dr 4th Fl**<br>**Miami, FL 33133** | X | H | 2nd mortgage for properties at 567 E900N, Manteno, IL and 44.5 acres Manteno Farm - debtor is just a co-signor on the note. | | | | **125,522.00** |

Sheet no. **2** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,267,179.89**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                                              Case No. _____
_____
         Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Beckett Accounting & Tax Service**<br>**P.O. Box 700**<br>**Beecher, IL  60401** | | | | | | | 8,450.00 |
| ACCOUNT NO.<br>**Burke Electrical Construction**<br>**227 East Laraway Rd.**<br>**Frankfort, IL  60423** | X | | | | | | 52,569.95 |
| ACCOUNT NO.<br>**Burke Engineering Corporation**<br>**18330 Distinctive Dr.**<br>**Orlando Park, IL  60467** | X | | | | | | 265,781.25 |
| ACCOUNT NO.<br>**C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** | X | | **Bond No. 70253558**<br>**Principal:  NDR Concrete & Masonry, Inc.**<br>**Obligee: Operative Plasters & Cement Masons**<br>**Association of Northern Illinois, Local 11 Area 37** | | | | unknown |
| ACCOUNT NO.<br>**C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** | X | | **Bond 70252064**<br>**Principal:  Endor Drywall & Painting, Inc.**<br>**Obligee:  Painters District Counseil #14** | | | | unknown |
| ACCOUNT NO.<br>**C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** | X | | **Principal:  NDR Concrete & Masonry, Inc.**<br>**Obligee:  Operative Plasters & Cement Masons**<br>**Association of Northern Illinois Local 11, Area 37** | | | | unknown |
| ACCOUNT NO. **15078143080902520**<br>**Cach Llc**<br>**370 17th St Ste 5000**<br>**Denver, CO  80202** | | | **Open account opened 9/08** | | | | 25,418.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **3** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **352,219.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J                                      Case No. _____

<u>Debtor(s)</u>                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Calderone Enterprises, Inc.**<br>**15631 Van Drunen Rd**<br>**South Holland, IL  60473** | X | | | | | | **94,008.50** |
| ACCOUNT NO. **4003-4417-2559-0397**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285** | | | **Revolving account opened 5/00** | | | | **9,939.00** |
| ACCOUNT NO.<br>**Blatt Hasenmiller Leibsker & Moore**<br>**125 S. Wacker Dr., Ste. 400**<br>**Chicago, IL  60606-4440** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **62062154940281001**<br>**Capital One Auto Finan**<br>**3901 Dallas Pkwy**<br>**Plano, TX  75093** | | | **Installment account opened 3/05** | | | | **5,523.00** |
| ACCOUNT NO.<br>**Capitol Indemnity Corp.**<br>**100 Pearl Street, 16th Floor**<br>**Hartford, CT  06103-4506** | X | | **Bond 607726**<br>**Principal:  Endor Concrete, Inc.**<br>**Obligee:  Laborers Pension & Welfare Funds** | | | | **unknown** |
| ACCOUNT NO.<br>**Capitol Indemnity Group**<br>**100 Pearl Street, 16th Floor**<br>**Hartford, CT  06103-4506** | | | **Bond 607727**<br>**Principal:  Wage Performance**<br>**Obligee:  Local #6 of Illinois Bricklayers & Allied Craftsman** | | | | **unknown** |
| ACCOUNT NO. **547363500113**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Open account opened 9/03** | | | | **27,822.00** |

Sheet no. __4__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **137,292.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE __Cunha, Michael J__        Case No. _____
    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **426688015233**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 11/96** | | | | **24,870.00** |
| ACCOUNT NO. **424631121901**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 12/98** | | | | **19,329.00** |
| ACCOUNT NO. **479860801600**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 6/02** | | | | **18,186.00** |
| ACCOUNT NO. **522276300166**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 4/94** | | | | **15,058.00** |
| ACCOUNT NO. **436614102095**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 11/91** | | | | **9,025.00** |
| ACCOUNT NO. **424631121004**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 10/98** | | | | **5,100.00** |
| ACCOUNT NO. **426651421270**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Revolving account opened 10/06** | | | | **4,899.00** |

Sheet no. __5__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **96,467.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                                    Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5401-6820-0919-3938** <br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE  19886-5153** | | | | | | | **6,171.28** |
| ACCOUNT NO. <br> **MRS Associates, Inc.** <br> **930 Olney Ave.** <br> **Cherry Hill, NJ  08003** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. **xxxxxx6476** <br> **Chase** <br> **8333 Ridgepoint Dr.** <br> **Irving, TX  75063** | | | **mortgage deficiency for 47 W. Richton Rd., Crete, IL** | | | | **245,784.11** |
| ACCOUNT NO. <br> **Echelon Recovery, Inc.** <br> **P.O. Box 1880** <br> **Voorhees, NJ  08043** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. **4227-6510-2266-6456** <br> **Chase- Bp** <br> **225 Chastain Meadows Court** <br> **Kennesaw, GA  30144** | | | **Revolving account opened 6/90** | | | | **1,346.00** |
| ACCOUNT NO. <br> **BP Cardmember Services** <br> **P.O. Box 15325** <br> **Wilmington, DE  19886-5325** | | | Assignee or other notification for: <br> Chase- Bp | | | | |
| ACCOUNT NO. <br> **Chicago Painting & Decorating Union** <br> **P.O. Box 809062** <br> **Chicago, IL  60680-9062** | X | | **08-C-1302** <br> **Endor Drywall** | | | | **28,707.04** |

Sheet no. **6** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **282,008.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                                      Case No. _____
_____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James Anderson<br>Arnold And Kadjan<br>19 W. Jackson Blvd., Ste. 300<br>Chicago, IL 60604 | | | Assignee or other notification for:<br>Chicago Painting & Decorating Union | | | | |
| ACCOUNT NO. 542418078565<br>Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | | Revolving account opened 6/97 | | | | 23,437.00 |
| ACCOUNT NO.<br>Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | | | | | | 34,142.00 |
| ACCOUNT NO.<br>Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO. 5103275<br>Citizens Financial Bank<br>5311 Hohman Ave<br>Hammond, IN 46320 | | | mortgage deficiency for 47W Richton, Crete, IL | | | | 183,915.53 |
| ACCOUNT NO.<br>Griffin & Gallagher, LLC<br>10001 South Roberts Rd<br>Palos Hills, IL 60465 | | | Assignee or other notification for:<br>Citizens Financial Bank | | | | |
| ACCOUNT NO. momen<br>City Of Momence<br>123 W. River St<br>Momence, IL 60954 | | | | | | | 16,004.68 |

Sheet no. __7__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **257,499.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE Cunha, Michael J _____    Case No. _____
                  Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **05143170280 & 0601689**<br>**CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL  60682-0081** | | | | | | | **500.00** |
| ACCOUNT NO. **1972932**<br>**Creditors Collection**<br>**401 E State St**<br>**Rockford, IL  61104** | | | | | | | **487.00** |
| ACCOUNT NO. **1818550**<br>**Creditors Collection**<br>**401 E State St**<br>**Rockford, IL  61104** | | | | | | | **320.00** |
| ACCOUNT NO.<br>**Crown Brick**<br>**820 Thomas Street**<br>**Crown Point, IN  46307** | X | | | | | | **4,192.61** |
| ACCOUNT NO. **Endor**<br>**Customflow Exteriors, Inc.**<br>**9604 South 51st Ave.**<br>**Oak Lawn, IL  60453** | | | | | | | **175,950.00** |
| ACCOUNT NO.<br>**Department Of Public Utilities**<br>**P.O. Box 157**<br>**Lowell, IN  46356** | | | | | | | **1,135.76** |
| ACCOUNT NO. **135426685**<br>**Dyck Oneal Inc**<br>**15301 Spectrum Dr**<br>**Addison, TX  75001** | | H | Installment account opened 12/08 | | | | **16,809.00** |

Sheet no. **8** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **199,394.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                           Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Eli's Damp Proofing & Water Proofing, In**<br>**195 W. Station St.**<br>**Kankakee, IL 60901** | | | | | | | 6,592.40 |
| ACCOUNT NO. **5747722559393**<br>**Embarq**<br>**P.O. Box 660068**<br>**Dallas, TX 75266-0068** | X | | | | | | 217.12 |
| ACCOUNT NO.<br>**Exterior Wholesale**<br>**325 North East Ave**<br>**Kankakee, IL 60901** | X | | | | | | 32,226.54 |
| ACCOUNT NO.<br>**First Community Bank & Trust**<br>**650 Wilmington Road**<br>**Peotone, IL 60468** | | | | | | | unknown |
| ACCOUNT NO. **4988-8200-0238-5432**<br>**First Equity Card Corp.**<br>**P.O. Box 23029**<br>**Columbus, GA 31902-3029** | | | | | | | 2,320.75 |
| ACCOUNT NO.<br>**American Recovery Service, Inc.**<br>**555 St. Charles Drive, Ste. 100**<br>**Thousand Oaks, CA 91360** | | | **Assignee or other notification for:**<br>**First Equity Card Corp.** | | | | |
| ACCOUNT NO.<br>**First Midwest Bank**<br>**17500 South Oak Park Avenue**<br>**Tinley Park, IL 60477** | X | | | | | | unknown |

Sheet no. **9** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,356.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J _____    Case No. _____
         Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Much Shelist**<br>**Attn: Kurt M. Carlson**<br>**191 N. Wacker Dr., Ste. 1800**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**First Midwest Bank** | | | | |
| ACCOUNT NO. **140008008000001**<br>**First Midwest Bank/na**<br>**300 N Hunt Club Rd**<br>**Gurnee, IL  60031** | X | | **Mortgage account opened 11/06 for property at 8446 N. 4000E Rd., Manteno, IL - debtor is just a signor on the note.** | | | | **245,000.00** |
| ACCOUNT NO. **1654280010**<br>**First National Bank Of Illinois**<br>**19860 LaGrange Road**<br>**Mokena, IL  60448** | X | | **Mortgage on 6497 E. State Rd. 10, Knox, IN** | | | | **328,000.00** |
| ACCOUNT NO.<br>**First National Bank Of Illinois**<br>**19860 LaGrange Road**<br>**Mokena, IL  60448** | X | | **mortgage for property at Deer Meadows Resubdivision in Crete, IL - debtor is just a co-signor on the note.** | | | | **485,900.00** |
| ACCOUNT NO.<br>**Steven Plato Troy**<br>**116 N Chicago St., Ste 202**<br>**Joliet, IL  60432** | | | **Assignee or other notification for:**<br>**First National Bank Of Illinois** | | | | |
| ACCOUNT NO.<br>**Founders Bank**<br>**14102 S. Bell Road**<br>**Homer Glen, IL  60491** | X | | **mortgage for property at northeast corner of Old Monee Road and Sangamon Ave., Crete IL 60417 (Schumman Farm)** | | | | **1,500,000.00** |
| ACCOUNT NO.<br>**Murray, Jensen & Wilson, Ltd.**<br>**101 N. Wacker Dr., Ste. 101**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**Founders Bank** | | | | |

Sheet no. __**10**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,558,900.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Cunha, Michael J                                                    Case No. _____
                Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7023558**<br><br>**Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL 60675-2871** | X | | Creditor: NDR Concrete | | | | 2,433.30 |
| ACCOUNT NO.<br><br>**Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL 60675-2871** | X | | Creditor: NDR Concrete | | | | 993.47 |
| ACCOUNT NO.<br><br>**Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL 60675-2871** | X | | Creditor: NDR Concrete | | | | 9,000.00 |
| ACCOUNT NO. **END007**<br><br>**Frank's Appliance Center**<br>**1035 W. Superior**<br>**Bradley, IL 60915** | X | | | | | | 2,279.00 |
| ACCOUNT NO.<br><br>**Frankfort Drywall Supply, Inc.**<br>**10211 W. 191st Str.**<br>**Mokena, IL 60448** | X | | | | | | 44,443.36 |
| ACCOUNT NO. **ge07333**<br><br>**Gallager Asphalt Corporation**<br>**18100 S. Indiana Ave**<br>**Thornton, IL 60476** | X | | | | | | 5,070.00 |
| ACCOUNT NO. **401578**<br><br>**Gas City**<br>**P.O. Box 85**<br>**Lowell, IN 46356** | | | | | | | 2,182.63 |

Sheet no. **11** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
            (Total of this page)   $ **66,401.76**

                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J                Case No. _____

       Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gemini Plumbing**<br>**3310 Holeman**<br>**South Chicago Heights, IL 60411** | | | | | | | **240.00** |
| ACCOUNT NO.<br>**Gina Gorcsos**<br>**13621 Doffin St**<br>**Cedar Lake, IN 46303** | | | | | | | **126.52** |
| ACCOUNT NO.<br>**Glass Doctor**<br>**639 N. Entrance Ave**<br>**Kankakee, IL 60901** | | | | | | | **1,357.47** |
| ACCOUNT NO. **1010018198**<br>**Globalcom. Inc.**<br>**4070 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | **627.90** |
| ACCOUNT NO. **88339446**<br>**Gniar Multiple Listing Service**<br>**800 E. 86th Ave**<br>**Merrillville, IN 46410** | | | | | | | **275.00** |
| ACCOUNT NO.<br>**Heartland Cabinetry & More**<br>**265 Stebbing Court, Ste. 5**<br>**Bradley, IL 60915** | X | | | | | | **31,317.01** |
| ACCOUNT NO.<br>**Helsel-Jepperson Electrical Inc.**<br>**P.O Box 310**<br>**Chicago Heights, IL 60412** | | | | | | | **3,100.05** |

Sheet no. **12** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,043.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hicksgas Kankakee, Inc.**<br>**1625 S. Schuyler Ave.**<br>**Kankakee, IL 60901** | | | | | | | 1,554.76 |
| ACCOUNT NO. **5470-9400-0006-4045**<br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | | **Revolving account opened 1/03** | | | | 1,215.00 |
| ACCOUNT NO.<br>**Corvette MasterCard**<br>**P.O. Box 17051**<br>**Baltimore, MD 21297-1051** | | | **Assignee or other notification for:**<br>**Hsbc Bank** | | | | |
| ACCOUNT NO. **7001069000110881**<br>**Hsbc/bsbuy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | | **Revolving account opened 10/93** | | | | 679.00 |
| ACCOUNT NO.<br>**Best Buy**<br>**Retail Services**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297-1298** | | | **Assignee or other notification for:**<br>**Hsbc/bsbuy** | | | | |
| ACCOUNT NO.<br>**LDG Financial Services, LLC**<br>**7001 Peachtree Industrial Blvd, Ste. 320**<br>**Norcross, GA 30092** | | | **Assignee or other notification for:**<br>**Hsbc/bsbuy** | | | | |
| ACCOUNT NO.<br>**Hundman Lumber & True Vaule**<br>**100 S. Spruce St.**<br>**Manteno, IL 60950** | X | | | | | | 498,522.97 |

Sheet no. **13** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **501,971.73**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                    Case No. _____
_____
         Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **endo** <br> **I.N.R. Beatty Lumber Co.** <br> **800 W. Church Rd** <br> **Beecher, IL  60401** | X | | | | | | **193,357.23** |
| ACCOUNT NO. <br> **ILCC/TRF** <br> **527 East Capitol Ave.** <br> **Springfield, IL  62701** | | | | | | | **116.00** |
| ACCOUNT NO. **1099494** <br> **Illinois Commerce Commission** <br> **527 East Capitol Ave.** <br> **Springfield, IL  62701** | | | | | | | **116.00** |
| ACCOUNT NO. **36-3830072** <br> **Illinois Dept. Of Revenue** <br> **100 West Randolph St., 7th Floor** <br> **Chicago, IL  60601** | X | | | | | | **17,777.22** |
| ACCOUNT NO. <br> **Illinois E.P.A.** <br> **P.O. Box 19276** <br> **Springfield, IL  62794-9276** | | | | | | | **2,503.09** |
| ACCOUNT NO. <br> **Illinois Secretary Of State** <br> **213 State Capitol** <br> **Springfield, IL  62756** | X | | | | | | **836.00** |
| ACCOUNT NO. <br> **Innovative Mirror & Shower** <br> **107 E. Third St.** <br> **Hobart, IN  46342** | | | | | | | **1,690.87** |

Sheet no. __**14**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **216,396.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                                        Case No. _____
_____
Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Iroquois Paving Corp.**<br>**1889 E U.S. Hwy 24, PO Box466**<br>**Watseka, IL 60970-0466** | X | | | | | | **46,189.00** |
| ACCOUNT NO.<br>**J.F. New & Associates**<br>**P.O. Box 243**<br>**Walkerton, IN 46574** | | | | | | | **4,087.40** |
| ACCOUNT NO.<br>**Jcr Services, Inc**<br>**12742 Wicker Ave, Unit C**<br>**Cedar Lake, IN 46303** | | | | | | | **8,457.50** |
| ACCOUNT NO.<br>**John & Ann Stanfa**<br>**C/O Mark J. Kmiecik, Budzik & Dynia**<br>**4345 N. Milwaukee Ave**<br>**Chicago, IL 60641** | | | | | | | **1,000.00** |
| ACCOUNT NO. **152**<br>**Kankakee County Association Of Realtors**<br>**256 South Washington Ave.**<br>**Kankakee, IL 60901** | | | | | | | **81.00** |
| ACCOUNT NO.<br>**Key Masonry**<br>**156 Mcguire, Apt. 1**<br>**Manteno, IL 60950** | | | | | | | **183.00** |
| ACCOUNT NO. **5496.81**<br>**Laborers' Pension & Welfare Fund**<br>**33367 Treasury Center**<br>**Chicago, IL 60694-3300** | X | | 07 C 6446<br>Creditor: NDR Concrete | | | | **5,496.81** |

Sheet no. **15** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **65,494.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cunha, Michael J**                                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Patrick T. Wallace**<br>**Laborers Pension & Welfare Funds**<br>**111 W. Jackson Blvd., Ste. 1415**<br>**Chicago, IL  60604** | | | **Assignee or other notification for:**<br>**Laborers' Pension & Welfare Fund** | | | | |
| ACCOUNT NO. **651427618**<br>**Luis Serrato**<br>**14848 Farfield Ave**<br>**Harvey, IL 60426** | | | | | | | 300.00 |
| ACCOUNT NO.<br>**Max's Lawn Maintenance**<br>**P.O. Box 225**<br>**Steger, IL 60475** | | | | | | | 582.10 |
| ACCOUNT NO.<br>**Meinzer & Babineaux**<br>**9190 Wicker Ave., P.O. Box 111**<br>**St. John, IN  46373-0111** | | | | | | | 1,474.75 |
| ACCOUNT NO.<br>**Melco Tire**<br>**3499-B E 11000 N. Rd**<br>**Peotone, IL  60468** | | | | | | | 266.98 |
| ACCOUNT NO. **6004300200147699**<br>**Menards**<br>**Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD  21297-1602** | | | | | | | 2,876.30 |
| ACCOUNT NO.<br>**Merts Heating & Air Conditioning, Inc.**<br>**3102 Holeman Ave.**<br>**Steger, IL  60475** | X | | | | | | 79,643.39 |

Sheet no. **16** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **85,143.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cunha, Michael J**                                                  Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MICA World, LTD**<br>**18839 S. Wolf Rd**<br>**Mokena, IL  60448** | | | | | | | 1,986.00 |
| ACCOUNT NO.<br>**Midwest Operating Eng.**<br>**6150 Joliet Rd.**<br>**Countryside, IL  60525-3994** | | | | | | | 397.81 |
| ACCOUNT NO.<br>**Midwest Operating Engineer Fringe**<br>**Benefit Funds**<br>**6150 Joliet Road**<br>**Countryside, IL  60525-3994** | X | | 08 C 1522<br>**Creditor:  Endor Development** | | | | 7,564.14 |
| ACCOUNT NO.<br>**Patrick N. Ryan**<br>**Baum Sigman Auerbach And Neuman, Ltd.**<br>**200 W. Adams St., Ste. 2200**<br>**Chicago, IL  60606-5231** | | | **Assignee or other notification for:**<br>**Midwest Operating Engineer Fringe** | | | | |
| ACCOUNT NO. **endor**<br>**MJ Cultured Marble**<br>**1131 W. Goodenow Road**<br>**Beecher, IL  60401** | | | | | | | 454.33 |
| ACCOUNT NO. **402355**<br>**Move Sales, Inc.**<br>**Attn: Accounts Receivable**<br>**P.O. Box 4455**<br>**Scottsdale, AZ  85267** | | | | | | | 4,597.75 |
| ACCOUNT NO.<br>**Mt. Carmel Sand & Gravel, Inc.**<br>**P.O. Box 458**<br>**Mt. Carmel, IL  62863** | X | | | | | | 45,150.00 |

Sheet no. __17__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            $   60,150.03
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cunha, Michael J**                                              Case No. _____
<u>Debtor(s)</u>                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **541200519** <br> **Nextel Communications** <br> **P.O. Box 4181** <br> **Carol Stream, IL  60197** | | | | | | | **536.77** |
| ACCOUNT NO. **3586844076** <br> **Northwest Collectors** <br> **3601 Algonquin Rd., Ste. 23** <br> **Rolling Meadows, IL  60008** | | | | | | | **755.00** |
| ACCOUNT NO. <br> **Nova Casualty Co.** <br> **726 Exchange St., Ste. 1020** <br> **Buffalo, NY  14210** | X | | **Bond 56177** <br> **Principal:  Endor Drywall & Painting, Inc.** <br> **Obligee:  Painter and Decorators Welfare Fund** <br> **Pension and Saving Fund** | | | | **unknown** |
| ACCOUNT NO. <br> **Nova Casualty Co.** <br> **726 Exchange St., Ste. 1020** <br> **Buffalo, NY  14210** | X | | **Bond 56178** <br> **Principal:  Endor Concrete** <br> **Obligee:  Local 502 Cement & Masons Union** | | | | **unknown** |
| ACCOUNT NO. <br> **Outsen Electric, Inc.** <br> **831 W. River Place** <br> **Kankakee, IL  60901** | X | | | | | | **17,467.05** |
| ACCOUNT NO. <br> **Pekin Insurance** <br> **2505 Court Street** <br> **Pekin, IL  61558-0001** | | | | | | | **557.81** |
| ACCOUNT NO. <br> **Peotone Bank And Trust Company** <br> **200 W. Corning Avenue** <br> **Peotone, IL  60468** | X | | | | | | **unknown** |

Sheet no. **18** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,316.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J           Case No. _____
       Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Potestivo & Associates, P.C.**<br>**223 W. Jackson Blvd, Ste. 610**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>**Peotone Bank And Trust Company** | | | | |
| ACCOUNT NO.<br>**Plum Valley Landscaping**<br>**25555 S. Cottage Grove**<br>**Crete, IL  60417** | X | | | | | | 8,939.00 |
| ACCOUNT NO. **e02750**<br>**Pozzo Mack**<br>**Pozzo Illinois Inc. Mack Sales & Service**<br>**94 E. Sauk Trail**<br>**South Chicago Heights, IL  60411** | | | | | | | 4,698.65 |
| ACCOUNT NO. **8469134341**<br>**Progress Energy**<br>**P.O. Box 33199**<br>**St. Petersburg, FL  33733-8199** | X | | | | | | 13.42 |
| ACCOUNT NO. **43355601**<br>**Progressive Business Publications**<br>**370 Technology Dr., P.O. Box 3019**<br>**Malvern, PA  19355** | X | | | | | | 118.56 |
| ACCOUNT NO. **eninccre**<br>**Provena St. Mary's Hospital**<br>**500 W. Court St.**<br>**Kankakee, IL  60901** | | | | | | | 124.00 |
| ACCOUNT NO.<br>**Pyramid Alarm, Inc.**<br>**P.O. Box 391**<br>**Lansing, IL  60438** | | | | | | | 60.00 |

Sheet no. **19** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,953.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cunha, Michael J
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **R & R Inc.** <br> **422 North Kennedy Dr.** <br> **Bradley, IL  60915** | | | | | | | 2,703.86 |
| ACCOUNT NO. <br> **Raymond A. Feeley, Ltd** <br> **601 Seaview Ct., Unit 610** <br> **Marco Island, FL  34145** | X | | | | | | 38,494.51 |
| ACCOUNT NO. <br> **Reeves Exterior Services** <br> **7602 West Lincoln Hwy** <br> **Crown Point, IN  46307** | X | | | | | | 37,749.27 |
| ACCOUNT NO. <br> **Reichelt Plumbing** <br> **P.O. Box 177, Winston Ct.** <br> **Schererville, IN  46375** | X | | | | | | 152,423.00 |
| ACCOUNT NO. <br> **RJD Construction Services** <br> **3632 Emerald Ave** <br> **Steger, IL  60475** | | | | | | | 3,000.00 |
| ACCOUNT NO. <br> **RW/SSC** <br> **6655 S. Main Street** <br> **Downers Grove, IL  60516** | X | | | | | | 75.00 |
| ACCOUNT NO. **4909734539968** <br> **Sam's Club** <br> **P.O. Box 530981** <br> **Atlanta, GA  30353-0981** | | | | | | | 210.00 |

Sheet no. **20** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **234,655.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Cunha, Michael J _____ Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | X | | Bond B98815017273 <br> Principal: Endor, Inc. <br> Obligee: Village of Crete | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815017274 <br> Principal: Endor, Inc. <br> Obligee: Village of Monee | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815018001 <br> Principal: Endor, Inc. <br> Obligee: Village of Bourbonnais | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815018003 <br> Principal: Endor, Inc. <br> Obligee: Town of Lowell | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815018005 <br> Principal: Endor, Inc. <br> Obligee: NIPSCO | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815018061 <br> Principal: Endor, Inc. <br> Obligee: Village of Bourbonnais | | | | unknown |
| ACCOUNT NO. <br> Scheer's <br> 601 Oakmont Lane, Ste. 400 <br> Westmont, IL 60559 | | | Bond B98815018068 <br> Principal: Endor, Inc. <br> Obligee: Village of Crete | | | | unknown |

Sheet no. **21** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                                  Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Scheer's Inc.**<br>**601 Oakmont Lake, Ste. 400**<br>**Westmont, IL  60559** | | | | | | | 7,381.00 |
| ACCOUNT NO. **end0500**<br>**SCP Building Producs, LLC**<br>**DBA The Federal Group**<br>**P.O. Box 78000**<br>**Detroit, MI  48278** | | | | | | | 25,026.08 |
| ACCOUNT NO.<br>**Seitz Group**<br>**P.O. Box 565, 643 Dixie Hwy, #4**<br>**Beecher, IL  60401** | X | | | | | | 5,275.00 |
| ACCOUNT NO. **065094914**<br>**Shell Fleet Plus**<br>**Processing Center**<br>**P.O. Box 183019**<br>**Columbus, OH  43218-3019** | | | | | | | 9,577.73 |
| ACCOUNT NO.<br>**Sherwin Williams**<br>**7350 S. Archer Rd.**<br>**Justice, IL  60458-1157** | | | | | | | 1,424.12 |
| ACCOUNT NO.<br>**Silt Solutions, Inc.**<br>**14513 Waverly Ave**<br>**Midlothian, IL  60445** | | | | | | | 5,041.61 |
| ACCOUNT NO.<br>**Smith Ready Mix**<br>**P.O. Box 489**<br>**Valparaiso, IN  46384-0489** | X | | | | | | 22,682.65 |

Sheet no. **22** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 76,408.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Cunha, Michael J                                      Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6174067657835059** <br><br> **Sovereign Bank** <br> **865 Brook St** <br> **Rocky Hill, CT  06067** | | | **Installment account opened 5/04** | | | | **4,013.00** |
| ACCOUNT NO. <br><br> **Suburban Teamsters Pension Fund** <br> **101 E. Chicago Street** <br> **Elgin, IL  60120-6466** | X | | **08-CV-3311** <br> **Endor Development, Inc.** | | | | **13,667.85** |
| ACCOUNT NO. <br><br> **John Toomey** <br> **Arnold & Kadjan** <br> **19 W. Jackson Blvd., Ste. 300** <br> **Chicago, IL  60604** | | | **Assignee or other notification for:** <br> **Suburban Teamsters Pension Fund** | | | | |
| ACCOUNT NO. <br><br> **Suburban Teamsters Welfare Fund** <br> **101 E. Chicago Street** <br> **Elgin, IL  60120-6466** | X | | **08-CV-3311** <br> **Creditor:  Endor Development** | | | | **19,881.27** |
| ACCOUNT NO. <br><br> **John Toomey** <br> **Arnold & Kadjan** <br> **19 W. Jackson Blvd., Ste. 300** <br> **Chicago, IL  60604** | | | **Assignee or other notification for:** <br> **Suburban Teamsters Welfare Fund** | | | | |
| ACCOUNT NO. **endor** <br><br> **Superior Petroleum Products, Inc.** <br> **865 N. Superior Dr.** <br> **Crown Point, IN  46307** | | | | | | | **12,815.66** |
| ACCOUNT NO. <br><br> **T & A Electric** <br> **P.O. Box 692** <br> **Shererville, IN  46375** | | | | | | | **23,060.00** |

Sheet no.  **23**  of  **28**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  73,437.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J                                          Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> T.H. Davidson & Co., Inc. <br> 10175 Vans Drive <br> Frankfort, IL 60423-7914 | | | | | | | 13,026.33 |
| ACCOUNT NO. <br> Tauber & Westland, P.C. <br> 1415 Eagle Ridge Dr. <br> Schereville, IN 46375 | | | | | | | 35,388.19 |
| ACCOUNT NO. 45D02-0902-PL-00082 <br> Tauber Westland & Benett P.C. <br> 1415 Eagle Ridge Drive <br> Schererville, IN 46375 | X | | | | | | 39,874.44 |
| ACCOUNT NO. 4792-3322-5001-0809 <br> Tcm Bank Na <br> 2701 N Rocky Point Dr St <br> Tampa, FL 33607 | | | Revolving account opened 3/94 | | | | 8,104.00 |
| ACCOUNT NO. <br> Tate & Kirlin Assoc. <br> 2810 South Hampton Rd. <br> Philadelphia, PA 19154 | | | Assignee or other notification for: <br> Tcm Bank Na | | | | |
| ACCOUNT NO. <br> Visa <br> P.O. Box 30131 <br> Tampa, FL 33630-3131 | | | Assignee or other notification for: <br> Tcm Bank Na | | | | |
| ACCOUNT NO. <br> The Concrete Guys <br> P.O. Box 409 <br> Scherville, IN 46375 | | | | | | | 4,823.00 |

Sheet no. __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 101,215.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cunha, Michael J** _____  Case No. _____
                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2358** <br> **Thoesen Tractor & Equipment Co., Inc.** <br> **3142 Lincoln Hwy** <br> **Lynwood, IL  60411** | | | | | | | 14,325.63 |
| ACCOUNT NO. <br> **Tidy John** <br> **3222 Keeney Ave** <br> **Steger, IL  60475** | | | | | | | 2,047.00 |
| ACCOUNT NO. <br> **Tile Works And More** <br> **393 South Creek Dr.** <br> **Manteno, IL  60950** | X | | | | | | 58,837.00 |
| ACCOUNT NO. <br> **Town And Country** <br> **P.O. Box 215-W** <br> **P.O. Box 22150** <br> **West Bedford Park, IL  60499** | X | | | | | | 12,578.40 |
| ACCOUNT NO. <br> **Town Of Cedar Lake** <br> **P.O. Box 707** <br> **Cedar Lake, IN  46303** | | | | | | | 501.00 |
| ACCOUNT NO. <br> **Tracy, Johnson & Wilson** <br> **2801 Black Rd., 2nd Floor** <br> **Joliet, IL  60435-2927** | X | | | | | | 38,666.55 |
| ACCOUNT NO. <br> **Transite Heating & Air Cond., Inc.** <br> **P.O. Box 210** <br> **Cedar Lake, IN  46303-0210** | | | | | | | 2,623.00 |

Sheet no. **25** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **129,578.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Cunha, Michael J</u>                                                                    Case No. _____
                 Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Travelers Bond**<br>**One Tower Square**<br>**Hartford, CT  06183** | X | | **Bond No. 104891936**<br>**Principal:  Endor Drywall and Painting**<br>**Obligee:  Panter's District Council #14** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Triad - HFN-Southwestern Bell Mobile**<br>**C/O Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY  14210** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Utilities Inc.**<br>**P.O. Box 361**<br>**Cedar Lake, IN  46303** | | | | | | | **306.16** |
| ACCOUNT NO.<br><br>**Village Of Monee**<br>**5130 W Court Street**<br>**Monee, IL  60449** | X | | | | | | **8,639.17** |
| ACCOUNT NO.<br><br>**Vulcan Materials**<br>**1000 E. Warrenville Rd, Ste. 100**<br>**Naperville, IL  60563** | | | | | | | **6,067.99** |
| ACCOUNT NO.<br><br>**Weiser & Sterba**<br>**429 West Lincoln Hwy**<br>**Schererville, IN  46375** | X | | | | | | **12,750.00** |
| ACCOUNT NO.<br><br>**WellGroup**<br>**333 Dixie Highway**<br>**Chicago, IL  60411** | | | | | | | **22.90** |

Sheet no. __26__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,786.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cunha, Michael J**
_____    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4856-2006-0906-2669** <br><br> **Wells Fargo** <br> **Payment Remittance Center** <br> **P.O. Box 54349** <br> **Los Angeles, CA  90054** | | | | | | | **2,456.31** |
| ACCOUNT NO. <br><br> **Primary Financial Services** <br> **3115 N. 3rd Ave., Ste. 112** <br> **Phoenix, AZ  85013** | | | **Assignee or other notification for:** <br> **Wells Fargo** | | | | |
| ACCOUNT NO. **167462232** <br><br> **West Asset Management** <br> **7171 Mercy Rd** <br> **Omaha, NE  68106** | | | **Open account opened 12/08** | | | | **81.00** |
| ACCOUNT NO. <br><br> **Western Surety** <br> **101 South Philips Ave.** <br> **Sioux Falls, SD  57104-6703** | X | | **Bond No. 68926082** <br> **Principal:  Endor Construction, Inc.** <br> **Obligee:  Chicago & Northeast Illinois District of Carpenters** | | | | **unknown** |
| ACCOUNT NO. **515769067607** <br><br> **Wfs/wachovia Dealer Sv** <br> **P.o. Box 1697** <br> **Winterville, NC  28590** | | | **Installment account opened 6/07** | | | | **12,976.00** |
| ACCOUNT NO. <br><br> **White Cap Construction Supply** <br> **9950 S. 134th St.** <br> **Omaha, NE  68138** | | | | | | | **5,893.21** |
| ACCOUNT NO. <br><br> **Wieser & Sterba** <br> **425 West Lincoln Hwy** <br> **Schererville, IN  46375** | | | | | | | **1,437.50** |

Sheet no. __27__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **22,844.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Cunha, Michael J _____    Case No. _____
         Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Woody's Lawn, Inc.** <br> **P.O. Box 126** <br> **Grant Park, IL  60940** | | | | | | | 1,982.25 |
| ACCOUNT NO. <br> **Yardvark's Landscaping** <br> **P.O. Box 12** <br> **Watseka, IL  60970** | | | | | | | 1,106.80 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **28** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,089.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **6,957,239.48**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Cunha, Michael J**
_____     Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Cunha, Michael J _____    Case No. _____
                 Debtor(s)                                            (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Endor Concrete, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **Capitol Indemnity Corp.**<br>**100 Pearl Street, 16th Floor**<br>**Hartford, CT  06103-4506**<br><br>**Nova Casualty Co.**<br>**726 Exchange St., Ste. 1020**<br>**Buffalo, NY  14210**<br><br>**Tile Works And More**<br>**393 South Creek Dr.**<br>**Manteno, IL  60950**<br><br>**Iroquois Paving Corp.**<br>**1889 E U.S. Hwy 24, PO Box466**<br>**Watseka, IL  60970-0466**<br><br>**Smith Ready Mix**<br>**P.O. Box 489**<br>**Valparaiso, IN  46384-0489** |
| **Endor Construction, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **Western Surety**<br>**101 South Philips Ave.**<br>**Sioux Falls, SD  57104-6703**<br><br>**Hundman Lumber & True Vaule**<br>**100 S. Spruce St.**<br>**Manteno, IL  60950**<br><br>**Burke Engineering Corporation**<br>**18330 Distinctive Dr.**<br>**Orlando Park, IL  60467**<br><br>**Reichelt Plumbing**<br>**P.O. Box 177, Winston Ct.**<br>**Schererville, IN  46375**<br><br>**Merts Heating & Air Conditioning, Inc.**<br>**3102 Holeman Ave.**<br>**Steger, IL  60475**<br><br>**Burke Electrical Construction**<br>**227 East Laraway Rd.**<br>**Frankfort, IL  60423**<br><br>**Mt. Carmel Sand & Gravel, Inc.**<br>**P.O. Box 458**<br>**Mt. Carmel, IL  62863**<br><br>**Tracy, Johnson & Wilson**<br>**2801 Black Rd., 2nd Floor**<br>**Joliet, IL  60435-2927** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE Cunha, Michael J
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Endor Development, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **Suburban Teamsters Welfare Fund**<br>**101 E. Chicago Street**<br>**Elgin, IL  60120-6466**<br><br>**Suburban Teamsters Pension Fund**<br>**101 E. Chicago Street**<br>**Elgin, IL  60120-6466**<br><br>**Midwest Operating Engineer Fringe**<br>**Benefit Funds**<br>**6150 Joliet Road**<br>**Countryside, IL  60525-3994**<br><br>**Calderone Enterprises, Inc.**<br>**15631 Van Drunen Rd**<br>**South Holland, IL  60473**<br><br>**Raymond A. Feeley, Ltd**<br>**601 Seaview Ct., Unit 610**<br>**Marco Island, FL  34145** |
| **Endor Drywall & Painting, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **Chicago Painting & Decorating Union**<br>**P.O. Box 809062**<br>**Chicago, IL  60680-9062**<br><br>**Travelers Bond**<br>**One Tower Square**<br>**Hartford, CT  06183**<br><br>**C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066**<br><br>**Nova Casualty Co.**<br>**726 Exchange St., Ste. 1020**<br>**Buffalo, NY  14210**<br><br>**Frankfort Drywall Supply, Inc.**<br>**10211 W. 191st Str.**<br>**Mokena, IL  60448**<br><br>**Exterior Wholesale**<br>**325 North East Ave**<br>**Kankakee, IL  60901** |
| **Endor, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60559** | **Scheer's**<br>**601 Oakmont Lane, Ste. 400**<br>**Westmont, IL  60559**<br><br>**Founders Bank**<br>**14102 S. Bell Road**<br>**Homer Glen, IL  60491**<br><br>**First Midwest Bank**<br>**17500 South Oak Park Avenue**<br>**Tinley Park, IL  60477**<br><br>**First National Bank Of Illinois**<br>**19860 LaGrange Road** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE  Cunha, Michael J

Debtor(s)                                                    Case No. _____
                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Mokena, IL  60448 |
| | Peotone Bank And Trust Company<br>200 W. Corning Avenue<br>Peotone, IL  60468 |
| | Tauber Westland & Benett P.C.<br>1415 Eagle Ridge Drive<br>Schererville, IN  46375 |
| | I.N.R. Beatty Lumber Co.<br>800 W. Church Rd<br>Beecher, IL  60401 |
| | Reeves Exterior Services<br>7602 West Lincoln Hwy<br>Crown Point, IN  46307 |
| | Heartland Cabinetry & More<br>265 Stebbing Court, Ste. 5<br>Bradley, IL  60915 |
| | Illinois Dept. Of Revenue<br>100 West Randolph St., 7th Floor<br>Chicago, IL  60601 |
| | Outsen Electric, Inc.<br>831 W. River Place<br>Kankakee, IL  60901 |
| | Weiser & Sterba<br>429 West Lincoln Hwy<br>Schererville, IN  46375 |
| | Town And Country<br>P.O. Box 215-W<br>P.O. Box 22150<br>West Bedford Park, IL  60499 |
| | Plum Valley Landscaping<br>25555 S. Cottage Grove<br>Crete, IL  60417 |
| | Village Of Monee<br>5130 W Court Street<br>Monee, IL  60449 |
| | Seitz Group<br>P.O. Box 565, 643 Dixie Hwy, #4<br>Beecher, IL  60401 |
| | Gallager Asphalt Corporation<br>18100 S. Indiana Ave<br>Thornton, IL  60476 |
| | Crown Brick<br>820 Thomas Street<br>Crown Point, IN  46307 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE Cunha, Michael J                            Case No. _____

                 Debtor(s)                                             (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Frank's Appliance Center<br>1035 W. Superior<br>Bradley, IL  60915 |
| | Illinois Secretary Of State<br>213 State Capitol<br>Springfield, IL  62756 |
| | Embarq<br>P.O. Box 660068<br>Dallas, TX  75266-0068 |
| | Progressive Business Publications<br>370 Technology Dr., P.O. Box 3019<br>Malvern, PA  19355 |
| | RW/SSC<br>6655 S. Main Street<br>Downers Grove, IL  60516 |
| | Progress Energy<br>P.O. Box 33199<br>St. Petersburg, FL  33733-8199 |
| | Bayview Financial Loan<br>2601 S Bayshore Dr 4th Fl<br>Miami, FL  33133 |
| | Bayview Financial Loan<br>2601 S Bayshore Dr 4th Fl<br>Miami, FL  33133 |
| | Bayview Financial Loan<br>2601 S Bayshore Dr 4th Fl<br>Miami, FL  33133 |
| | First Midwest Bank/na<br>300 N Hunt Club Rd<br>Gurnee, IL  60031 |
| Gwen S. Cunha<br>1124 West Old Monee Road<br>Crete, IL  60417 | First National Bank Of Illinois<br>19860 LaGrange Road<br>Mokena, IL  60448 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD  57117-5066 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD  57117-5066 |
| | Scheer's<br>601 Oakmont Lane, Ste. 400<br>Westmont, IL  60559 |
| | First Midwest Bank<br>17500 South Oak Park Avenue |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Cunha, Michael J
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Tinley Park, IL  60477 |
| | **First National Bank Of Illinois**<br>**19860 LaGrange Road**<br>**Mokena, IL  60448** |
| | **Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA  93065** |
| | **Bayview Financial Loan**<br>**2601 S Bayshore Dr 4th Fl**<br>**Miami, FL  33133** |
| | **First Midwest Bank/na**<br>**300 N Hunt Club Rd**<br>**Gurnee, IL  60031** |
| **Melissa M. Cunha**<br>**5805 Hearthside Drive**<br>**Bourbonnais, IL  60917** | **C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** |
| | **C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** |
| | **First National Bank Of Illinois**<br>**19860 LaGrange Road**<br>**Mokena, IL  60448** |
| **Michael J. Cunha**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **First National Bank Of Illinois**<br>**19860 LaGrange Road**<br>**Mokena, IL  60448** |
| | **C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** |
| | **C.N.A. Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD  57117-5066** |
| | **Scheer's**<br>**601 Oakmont Lane, Ste. 400**<br>**Westmont, IL  60559** |
| **NDR Concrete & Masonry, Inc.**<br>**P.O. Box 608**<br>**Manteno, IL  60950** | **Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL  60675-2871** |
| | **Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL  60675-2871** |
| | **Fox Valley Fringe Benefit Funds**<br>**P.O. Box 92871**<br>**Chicago, IL  60675-2871** |
| | **Laborers' Pension & Welfare Fund**<br>**33367 Treasury Center** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Cunha, Michael J

Debtor(s)

Case No.

(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Chicago, IL 60694-3300 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD 57117-5066 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD 57117-5066 |
| **William A. Cunha**<br>P.O. Box 608<br>Manteno, IL 60950 | First National Bank Of Illinois<br>19860 LaGrange Road<br>Mokena, IL 60448 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD 57117-5066 |
| | C.N.A. Surety<br>P.O. Box 5077<br>Sioux Falls, SD 57117-5066 |
| | Scheer's<br>601 Oakmont Lane, Ste. 400<br>Westmont, IL 60559 |
| | Founders Bank<br>14102 S. Bell Road<br>Homer Glen, IL 60491 |
| | First Midwest Bank<br>17500 South Oak Park Avenue<br>Tinley Park, IL 60477 |
| | First National Bank Of Illinois<br>19860 LaGrange Road<br>Mokena, IL 60448 |
| | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 |
| | Bayview Financial Loan<br>2601 S Bayshore Dr 4th Fl<br>Miami, FL 33133 |
| | First Midwest Bank/na<br>300 N Hunt Club Rd<br>Gurnee, IL 60031 |
| **William C. Cunha**<br>P.O. Box 518<br>Crete, IL 60417 | Founders Bank<br>14102 S. Bell Road<br>Homer Glen, IL 60491 |
| | First Midwest Bank<br>17500 South Oak Park Avenue<br>Tinley Park, IL 60477 |
| | First National Bank Of Illinois |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Cunha, Michael J           Case No. _____

Debtor(s)           (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **19860 LaGrange Road**<br>**Mokena, IL  60448**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA  93065**<br><br>**Bayview Financial Loan**<br>**2601 S Bayshore Dr 4th Fl**<br>**Miami, FL  33133**<br><br>**First Midwest Bank/na**<br>**300 N Hunt Club Rd**<br>**Gurnee, IL  60031** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Cunha, Michael J** _____    Case No. _____
          <sub>Debtor(s)</sub>                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ _____ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
|   _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
|   (Specify) _____ | $ _____ | $ _____ |
|   _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
|   (Specify) _____ | $ _____ | $ _____ |
|   _____ | $ _____ | $ _____ |
|   _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **0.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ _____ **0.00**

<sub>(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)</sub>

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**expect to be able to find employment**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Cunha, Michael J</u>                                                                    Case No. _____
                Debtor(s)                                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?    Yes ____ No ✓ | |
|    b. Is property insurance included?    Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ _____100.00 |
|    d. Other _____ | $ _____ |
| | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ _____500.00 |
| 5. Clothing | $ _____50.00 |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ _____200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____40.00 |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____150.00 |
|    e. Other _____ | $ _____ |
| | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ _____ |
| | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other _____ | $ _____ |
| | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other    **Vehicle Maintenance** | $ _____100.00 |
| | $ _____ |
| | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.            $ _____1,140.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ _____0.00 |
|    b. Average monthly expenses from Line 18 above | $ _____1,140.00 |
|    c. Monthly net income (a. minus b.) | $ _____-1,140.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Cunha, Michael J**
_____
Debtor(s)

Case No. _____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____48 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 14, 2011**_____   Signature: **_/s/ Michael J. Cunha_**_____
**Michael J. Cunha**
Debtor

Date: _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Cunha, Michael J                                                    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | 2011 |
| 16,497.00 | 2010 |
| 5,773.00 | 2009 |

---

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 4,128.00 | 2010 unemployment |
| 10,558.00 | 2009 unemployment |

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **INR Beatty Lumber v. Endor, Inc., William Cunha, Jr., et al. Case No. 45D40902PL00007** | | **Lake Superior Court, Gary, Indiana** | **Pending** |
| **INR Beatty Lumber v. Endor, Inc. and William Cunha, Jr. Case No. 45D040902PL00006** | | **Lake Superior Court, Gary, Indiana** | **Pending** |
| **INR Beatty Lumber v. Endor, Inc., Willliam Cunha Jr., et al. Case No. 45D040902PL00004** | | **Lake Superior Court, Gary, Indiana** | **Pending** |
| **INR Beatty Lumber v. Endor, Inc and William Cunha, Jr., et al. Case No. 45D040902PL00005** | | **Lake Superior Court, Gary, Indiana** | **Pending** |
| **Tauber Westland & Bennett, P.C. v. Endor, Inc. and William Cunha, Jr., et al. Case No. 45D0209020082** | | **Lake Super Court, East Chicago, Indiana** | **Pending** |
| **Trustee for the Chicago Painters and Decorators Pension Fund, et al. v. Endor Drywall & Painting, Inc. Case No. 08 C 1302** | | **US District Court for the Northern District of Illinois, Eastern Division** | **Pending** |
| **Trustees of the Carpenters Local 496 Pension Fund, et al. v. Endor, Inc. Case No. 07CV2009** | | **US District Court for the Central Division of Illinois, Urbana Division** | **Pending** |
| **James M. Sweeney, et al. v. Endor Development, Inc., et al. Case No. 08 CV 6771** | | **US District Court for the Northern District of Illinois** | **Pending** |
| **William E. Dugan, et al. v. Endor Development Case No. 08 C 1522** | | | |
| **Trustee of the Suburban** | | **US District Court for the** | **Pending** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Teamsters of Northern Illinois Welfare and Pension Funds v. Endor Development, Inc., et al.**<br>**Case No. 08 CV 3311** | **Northern District of Illinois, Eastern Division** | |
| **John S. Paniqguas, et al. v. Endor, Inc., et al.**<br>**Case No. 45D10-0310-PL-00122** | **Supier Court of Lake County, Indiana** | **Pending** |
| **Laborer's Pension Fund, et al. v. NDR Concrete & Masonry, Inc., et al.**<br>**Case No. 07-C-6446** | **US District Court for the Northern District of Illinois, Eastern Division** | **Pending** |
| **Central Laborers Pension Fund Board of Trustees, et al. v. Endor Concrete, Inc., et al.**<br>**Case No. 07C474** | **US District Court for the Northern District of Illinois** | |
| **Superior Petroleum Products, Inc. v. Endor, Inc.**<br>**Case No. 45D10-0408-CC-00101** | **Lake Superior Court, Crown Point, Indiana** | |
| **Cornerstone Engineering, Inc. v. Endor, Inc., et al.**<br>**Case No. 04-CH-406** | **Circuit Court of 21st Judicial Circuit, Kankakee County, Illinois** | |
| **Cornerstone Engineering, Inc. v. Endor, Inc., et al.**<br>**Case No. 05 CH 115** | **Circuit Court of 21st Judicial Circuit, Kankakee County, Illinois** | |
| **150 Welfare, Pension, Apprentice and Vacation Savings v. Endor Development, et al.**<br>**Case No. 08 C 1522** | **US District Court** | |
| **Reeves Exterior Services, Inc. v. Endor, Inc.**<br>**Case No. 45C01-0810-PL-00270** | **Lake Superior Court, Crown Point, Indiana** | |
| **Mary Wassner v. Endor, Inc.**<br>**Case No. 07 SC 1329** | **Circuit Court for the 12th Judicial Circuit, Will County, Illinois** | |
| **Air-Tron Enterprises, Inc. v. Endor, Inc.**<br>**Case No. 08 L 880** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | |
| **Adolph Battista, Jr. v. Endor, Inc., et al.**<br>**Case No. 06 L 604** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | |
| **Iroquois Paving Corp. v. Endor, Inc., et al.**<br>**Case No. 2009 LM 75** | **Circuit Court of the 21st Judicial Circuit, Kankakee County, Illinois** | |
| **Trustees of the Chicago Painters and Decorators Pension Fund, et al. v. Endor Drywall & Painting, Inc.**<br>**Case No. 09 C 148** | **US District Court for the Northern District of Illinois, Eastern Division** | |
| **Local 751 Laborers' International Union of North America v. Endor, Inc.**<br>**Case No. 07 L 549** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | |
| **Smith Ready Mix, Inc. v. Endor, Inc., et al.**<br>**Case No. 45D04-0903-PL00013** | **Lake Superior Court, Gary, Indiana** | |
| **Allied Building Products Corp. v. Endor, Inc., et al.**<br>**Case No. 09 SC 032288** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | |
| **The Private Bank and Trust** | **Foreclosure** | **Circuit Court of Will County, IL**    **Foreclosure Sale** |

| | | | |
|---|---|---|---|
| Company, as successor to Founders Bank v. Endor, Inc., et al **09CH1302** | | | |
| First National Bank of Illinois v. Endor, Inc, Concrete Specialties Company, M&J Underground, Inc, William C. Cunha, Gwen S. Cunha, William A. Cunha, Michael J. Cunha , Melissa Cunha, Trustee of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds, Village of Crete, State of IL/Dept of Revenue **10CH6758** | Foreclosure | Circuit Court of Will County, IL | pending |
| First Midwest Bank, as receiver for Peotone Bank and Trust Company v. Endor, Inc., William C. Cunha, Michael J. Cunha, Gwen S. Cunha, William A. Cunha, Trustee of the Suburban Teamsters of Northern IL Welfare and Pension Funds, Iroquois Paving Corp, Outsen Electric Inc, **11CH8** | foreclosure | Circuit Court of Kankakee County, IL | pending |
| First Midwest Bank, receiver for Peotone Bank and Trust Company v. Endor, Inc., Trustee of Northern Suburban Teamsters of Northern IL Welfare and Pension Funds, Iroquuois Paving Corp, Outsen Electric Inc., William C. Cunha, William A. Cunha, Michael J. Cunha, Gwen S. Cunha **11CH35** | Foreclosure | Circuit Court of Kankakee County, IL | pending |

☑ None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

☐ None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Citizens Financial Services** | **1/2010** | **47 W. Richton Rd., Crete, IL $250,000** |

**6. Assignments and receiverships**

☑ None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☑ None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gierum & Mantas**<br>**9700 W. Higgins Road**<br>**Rosemont, IL  60018** | **various** | **3,200.00** |
| **GreenPath Debt Solutions**<br>**27555 Farmington Rd., Ste. 200**<br>**Farmington Hills, MI  48331** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **47 W. Richton Rd., Crete, IL** | | ___/___ to  10/2009 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Endor Concrete, Inc.** | **36-4423296** | **P.O. Box 608 Manteno, IL  60950** | **Concrete Labor Contractor** | **2/16/01-12/1/06** |
| **Endor Construction, Inc.** | **36-4326410** | **P.O. Box 608 Manteno, IL  60950** | **Carpentry Labor Contractor** | **11/22/99 - 1/2009** |
| **Endor Development, Inc.** | **36-4326413** | **P.O. Box 608 Manteno, IL  60950** | **Truck Drivers and Operating Engineers** | **11/22/99 - 1/2009** |
| **Endor Drywall & Painting, Inc.** | **20-1951232** | **P.O. Box 608 Manteno, IL  60950** | **Painting Labor Contractor** | **2/4/05 - 1/2009** |
| **Endor Real Estate Services, Inc.** | **32-0051218** | **P.O. Box 608 Manteno, IL  60950** | **Real Estate Brokerage** | **1/6/03 - 1/2009** |
| **NDR Concrete & Masonry, Inc.** | **20-5820243** | **P.O. Box 608 Manteno, IL  60950** | **Concrete Labor Contractor** | **12/2/06 - 1/2009** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael J. Cunha**
**P.O. Box 518**
**Crete, IL  60417-0518**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **February 14, 2011**                    Signature *__/s/ Michael J. Cunha__*
                                                of Debtor                                    **Michael J. Cunha**

Date: _____                    Signature _____
                                                of Joint Debtor
                                                (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Cunha, Michael J** _____   Chapter **7** _____

                                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**February 14, 2011**_____        ***/s/ Michael J. Cunha*** _____
                                                Signature of Debtor

                                                _____
                                                Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Cunha, Michael J                                          Chapter **7** _____

Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors _____ <strong>183</strong>

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 14, 2011** _____     */s/ Michael J. Cunha* _____
                                              Debtor

                                              _____
                                              Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Cunha, Michael J**
**P.O. Box 518**
**Crete, IL  60417-0518**

**Amerigas**
**Dept 0140**
**Palatine, IL  60055-0140**

**Best Buy**
**Retail Services**
**P.O. Box 17298**
**Baltimore, MD  21297-1298**

**Gierum & Mantas**
**9700 West Higgins Road Suite 1015**
**Rosemont, IL  60018**

**Amerit, Inc.**
**20550 Lagrange Rd.**
**Frankfort, IL  60423**

**Blatt Hasenmiller Leibsker & Moore**
**125 S. Wacker Dr., Ste. 400**
**Chicago, IL  60606-4440**

**AAA Suply**
**608 Route 41**
**Schererville, IN  46375**

**Aqua Illinois**
**P.O. Box 298**
**Struthers, OH  44471**

**BP Cardmember Services**
**P.O. Box 15325**
**Wilmington, DE  19886-5325**

**Ackman, Marek & Boyd, Ltd**
**One Dearborn Square, Suite 400**
**Kankakee, IL  60691**

**Asset Acceptance**
**P.O. Box 2036**
**Warren, MI  48090**

**Bronson & Migliaccio, LLP**
**799 Roosevelt Road, Bldg. 6, Ste. 316A**
**Glen Ellyn, IL  60137**

**All Pro Paving, Inc.**
**P.O. Box 1297**
**Frankfort, IL  60423**

**AT&T**
**P.O. Box 8100**
**Aurora, IL  60507-8100**

**Burke Electrical Construction**
**227 East Laraway Rd.**
**Frankfort, IL  60423**

**Allied Building Products Corp.**
**3888 Collections Center Dr.**
**Chicago, IL  60693**

**Bac Home Loans Servici**
**450 American St**
**Simi Valley, CA  93065**

**Burke Engineering Corporation**
**18330 Distinctive Dr.**
**Orlando Park, IL  60467**

**Allied Waste Services #715**
**P.O. Box 9001099**
**Louisville, KY  40290**

**Bank Of America**
**P.O. Box 15726**
**Wilmington, DE  19886**

**C.N.A. Surety**
**P.O. Box 5077**
**Sioux Falls, SD  57117-5066**

**Allied Waste Services #770**
**P.O. Box 9001154**
**Louisville, KY  40290-1154**

**Bass Lake Conservancy District**
**P.O. Box 574**
**Knox, IN  46534**

**Cach Llc**
**370 17th St Ste 5000**
**Denver, CO  80202**

**American International Companies**
**22427 Network Place**
**Chicago, IL  60673-1224**

**Bayview Financial Loan**
**2601 S Bayshore Dr 4th Fl**
**Miami, FL  33133**

**Calderone Enterprises, Inc.**
**15631 Van Drunen Rd**
**South Holland, IL  60473**

**American Recovery Service, Inc.**
**555 St. Charles Drive, Ste. 100**
**Thousand Oaks, CA  91360**

**Beckett Accounting & Tax Service**
**P.O. Box 700**
**Beecher, IL  60401**

**Cap One**
**Po Box 85520**
**Richmond, VA  23285**

**Capital One Auto Finan**
3901 Dallas Pkwy
Plano, TX  75093

**Citizens Financial Bank**
5311 Hohman Ave
Hammond, IN  46320

**Eli's Damp Proofing & Water Proofing, In**
195 W. Station St.
Kankakee, IL  60901

**Capitol Indemnity Corp.**
100 Pearl Street, 16th Floor
Hartford, CT  06103-4506

**City Of Momence**
123 W. River St
Momence, IL  60954

**Embarq**
P.O. Box 660068
Dallas, TX  75266-0068

**Capitol Indemnity Group**
100 Pearl Street, 16th Floor
Hartford, CT  06103-4506

**CNA Surety**
8137 Innovation Way
Chicago, IL  60682-0081

**Endor Concrete, Inc.**
P.O. Box 608
Manteno, IL  60950

**Chase**
800 Brooksedge Blvd
Westerville, OH  43081

**Corvette MasterCard**
P.O. Box 17051
Baltimore, MD  21297-1051

**Endor Construction, Inc.**
P.O. Box 608
Manteno, IL  60950

**Chase**
P.O. Box 15153
Wilmington, DE  19886-5153

**Creditors Collection**
401 E State St
Rockford, IL  61104

**Endor Development, Inc.**
P.O. Box 608
Manteno, IL  60950

**Chase**
8333 Ridgepoint Dr.
Irving, TX  75063

**Crown Brick**
820 Thomas Street
Crown Point, IN  46307

**Endor Drywall & Painting, Inc.**
P.O. Box 608
Manteno, IL  60950

**Chase- Bp**
225 Chastain Meadows Court
Kennesaw, GA  30144

**Customflow Exteriors, Inc.**
9604 South 51st Ave.
Oak Lawn, IL  60453

**Endor, Inc.**
P.O. Box 608
Manteno, IL  60950

**Chicago Painting & Decorating Union**
P.O. Box 809062
Chicago, IL  60680-9062

**Department Of Public Utilities**
P.O. Box 157
Lowell, IN  46356

**Exterior Wholesale**
325 North East Ave
Kankakee, IL  60901

**Citi**
Po Box 6241
Sioux Falls, SD  57117

**Dyck Oneal Inc**
15301 Spectrum Dr
Addison, TX  75001

**First Community Bank & Trust**
650 Wilmington Road
Peotone, IL  60468

**Citi**
P.O. Box 6241
Sioux Falls, SD  57117

**Echelon Recovery, Inc.**
P.O. Box 1880
Voorhees, NJ  08043

**First Equity Card Corp.**
P.O. Box 23029
Columbus, GA  31902-3029

First Midwest Bank
17500 South Oak Park Avenue
Tinley Park, IL  60477

Gina Gorcsos
13621 Doffin St
Cedar Lake, IN  46303

Hsbc/bsbuy
Po Box 15519
Wilmington, DE  19850

First Midwest Bank/na
300 N Hunt Club Rd
Gurnee, IL  60031

Glass Doctor
639 N. Entrance Ave
Kankakee, IL  60901

Hundman Lumber & True Vaule
100 S. Spruce St.
Manteno, IL  60950

First National Bank Of Illinois
19860 LaGrange Road
Mokena, IL  60448

Globalcom. Inc.
4070 Paysphere Circle
Chicago, IL  60674

I.N.R. Beatty Lumber Co.
800 W. Church Rd
Beecher, IL  60401

Founders Bank
14102 S. Bell Road
Homer Glen, IL  60491

Gniar Multiple Listing Service
800 E. 86th Ave
Merrillville, IN  46410

ILCC/TRF
527 East Capitol Ave.
Springfield, IL  62701

Fox Valley Fringe Benefit Funds
P.O. Box 92871
Chicago, IL  60675-2871

Griffin & Gallagher, LLC
10001 South Roberts Rd
Palos Hills, IL  60465

Illinois Commerce Commission
527 East Capitol Ave.
Springfield, IL  62701

Frank's Appliance Center
1035 W. Superior
Bradley, IL  60915

Gwen S. Cunha
1124 West Old Monee Road
Crete, IL  60417

Illinois Dept. Of Revenue
100 West Randolph St., 7th Floor
Chicago, IL  60601

Frankfort Drywall Supply, Inc.
10211 W. 191st Str.
Mokena, IL  60448

Heartland Cabinetry & More
265 Stebbing Court, Ste. 5
Bradley, IL  60915

Illinois E.P.A.
P.O. Box 19276
 Springfield, IL  62794-9276

Gallager Asphalt Corporation
18100 S. Indiana Ave
Thornton, IL  60476

Helsel-Jepperson Electrical Inc.
P.O Box 310
Chicago Heights, IL  60412

Illinois Secretary Of State
213 State Capitol
Springfield, IL  62756

Gas City
P.O. Box 85
Lowell, IN  46356

Hicksgas Kankakee, Inc.
1625 S. Schuyler Ave.
Kankakee, IL  60901

Innovative Mirror & Shower
107 E. Third St.
Hobart, IN  46342

Gemini Plumbing
3310 Holeman
South Chicago Heights, IL  60411

Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Iroquois Paving Corp.
1889 E U.S. Hwy 24, PO Box466
Watseka, IL  60970-0466

J.F. New & Associates
P.O. Box 243
Walkerton, IN  46574

Max's Lawn Maintenance
P.O. Box 225
Steger, IL  60475

MJ Cultured Marble
1131 W. Goodenow Road
Beecher, IL  60401

James Anderson
Arnold And Kadjan
19 W. Jackson Blvd., Ste. 300
Chicago, IL  60604

Meinzer & Babineaux
9190 Wicker Ave., P.O. Box 111
St. John, IN  46373-0111

Move Sales, Inc.
Attn: Accounts Receivable
P.O. Box 4455
Scottsdale, AZ  85267

Jcr Services, Inc
12742 Wicker Ave, Unit C
Cedar Lake, IN  46303

Melco Tire
3499-B E 11000 N. Rd
Peotone, IL  60468

MRS Associates, Inc.
930 Olney Ave.
Cherry Hill, NJ  08003

John & Ann Stanfa
C/O Mark J. Kmiecik, Budzik & Dynia
4345 N. Milwaukee Ave
Chicago, IL  60641

Melissa M. Cunha
5805 Hearthside Drive
Bourbonnais, IL  60917

Mt. Carmel Sand & Gravel, Inc.
P.O. Box 458
Mt. Carmel, IL  62863

John Toomey
Arnold & Kadjan
19 W. Jackson Blvd., Ste. 300
Chicago, IL  60604

Menards
Retail Services
P.O. Box 17602
Baltimore, MD  21297-1602

Much Shelist
Attn: Kurt M. Carlson
191 N. Wacker Dr., Ste. 1800
Chicago, IL  60606

Kankakee County Association Of Realtors
256 South Washington Ave.
Kankakee, IL  60901

Merts Heating & Air Conditioning, Inc.
3102 Holeman Ave.
Steger, IL  60475

Murray, Jensen & Wilson, Ltd.
101 N. Wacker Dr., Ste. 101
Chicago, IL  60606

Key Masonry
156 Mcguire, Apt. 1
Manteno, IL  60950

MICA World, LTD
18839 S. Wolf Rd
Mokena, IL  60448

NDR Concrete & Masonry, Inc.
P.O. Box 608
Manteno, IL  60950

Laborers' Pension & Welfare Fund
33367 Treasury Center
Chicago, IL  60694-3300

Michael J. Cunha
P.O. Box 608
Manteno, IL  60950

Nextel Communications
P.O. Box 4181
Carol Stream, IL  60197

LDG Financial Services, LLC
7001 Peachtree Industrial Blvd, Ste. 320
Norcross, GA  30092

Midwest Operating Eng.
6150 Joliet Rd.
Countryside, IL  60525-3994

Northwest Collectors
3601 Algonquin Rd., Ste. 23
Rolling Meadows, IL  60008

Luis Serrato
14848 Farfield Ave
Harvey, IL  60426

Midwest Operating Engineer Fringe
Benefit Funds
6150 Joliet Road
Countryside, IL  60525-3994

Nova Casualty Co.
726 Exchange St., Ste. 1020
Buffalo, NY  14210

Outsen Electric, Inc.
831 W. River Place
Kankakee, IL  60901

Progressive Business Publications
370 Technology Dr., P.O. Box 3019
Malvern, PA  19355

Scheer's
601 Oakmont Lane, Ste. 400
Westmont, IL  60559

Patrick N. Ryan
Baum Sigman Auerbach And Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL  60606-5231

Provena St. Mary's Hospital
500 W. Court St.
Kankakee, IL  60901

Scheer's Inc.
601 Oakmont Lake, Ste. 400
Westmont, IL  60559

Patrick T. Wallace
Laborers Pension & Welfare Funds
111 W. Jackson Blvd., Ste. 1415
Chicago, IL  60604

Pyramid Alarm, Inc.
P.O. Box 391
Lansing, IL  60438

SCP Building Producs, LLC
DBA The Federal Group
P.O. Box 78000
Detroit, MI  48278

Pekin Insurance
2505 Court Street
Pekin, IL  61558-0001

R & R Inc.
422 North Kennedy Dr.
Bradley, IL  60915

Seitz Group
P.O. Box 565, 643 Dixie Hwy, #4
Beecher, IL  60401

Peotone Bank And Trust Company
200 W. Corning Avenue
Peotone, IL  60468

Raymond A. Feeley, Ltd
601 Seaview Ct., Unit 610
Marco Island, FL  34145

Shell Fleet Plus
Processing Center
P.O. Box 183019
Columbus, OH  43218-3019

Plum Valley Landscaping
25555 S. Cottage Grove
Crete, IL  60417

Reeves Exterior Services
7602 West Lincoln Hwy
Crown Point, IN  46307

Sherwin Williams
7350 S. Archer Rd.
Justice, IL  60458-1157

Potestivo & Associates, P.C.
223 W. Jackson Blvd, Ste. 610
Chicago, IL  60606

Reichelt Plumbing
P.O. Box 177, Winston Ct.
Schererville, IN  46375

Silt Solutions, Inc.
14513 Waverly Ave
Midlothian, IL  60445

Pozzo Mack
Pozzo Illinois Inc. Mack Sales & Service
94 E. Sauk Trail
South Chicago Heights, IL  60411

RJD Construction Services
3632 Emerald Ave
Steger, IL  60475

Smith Ready Mix
P.O. Box 489
Valparaiso, IN  46384-0489

Primary Financial Services
3115 N. 3rd Ave., Ste. 112
Phoenix, AZ  85013

RW/SSC
6655 S. Main Street
Downers Grove, IL  60516

Sovereign Bank
865 Brook St
Rocky Hill, CT  06067

Progress Energy
P.O. Box 33199
St. Petersburg, FL  33733-8199

Sam's Club
P.O. Box 530981
Atlanta, GA  30353-0981

Steven Plato Troy
116 N Chicago St., Ste 202
Joliet, IL  60432

Suburban Teamsters Pension Fund
101 E. Chicago Street
Elgin, IL  60120-6466

Thoesen Tractor & Equipment Co., Inc.
3142 Lincoln Hwy
Lynwood, IL  60411

Village Of Monee
5130 W Court Street
Monee, IL  60449

Suburban Teamsters Welfare Fund
101 E. Chicago Street
Elgin, IL  60120-6466

Tidy John
3222 Keeney Ave
Steger, IL  60475

Visa
P.O. Box 30131
Tampa, FL  33630-3131

Superior Petroleum Products, Inc.
865 N. Superior Dr.
Crown Point, IN  46307

Tile Works And More
393 South Creek Dr.
Manteno, IL  60950

Vulcan Materials
1000 E. Warrenville Rd, Ste. 100
Naperville, IL  60563

T & A Electric
P.O. Box 692
Shererville, IN  46375

Town And Country
P.O. Box 215-W
P.O. Box 22150
West Bedford Park, IL  60499

Weiser & Sterba
429 West Lincoln Hwy
Schererville, IN  46375

T.H. Davidson & Co., Inc.
10175 Vans Drive
Frankfort, IL  60423-7914

Town Of Cedar Lake
P.O. Box 707
Cedar Lake, IN  46303

WellGroup
333 Dixie Highway
Chicago, IL  60411

Tate & Kirlin Assoc.
2810 South Hampton Rd.
Philadelphia, PA  19154

Tracy, Johnson & Wilson
2801 Black Rd., 2nd Floor
Joliet, IL  60435-2927

Wells Fargo
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA  90054

Tauber & Westland, P.C.
1415 Eagle Ridge Dr.
Schereville, IN  46375

Transite Heating & Air Cond., Inc.
P.O. Box 210
Cedar Lake, IN  46303-0210

West Asset Management
7171 Mercy Rd
Omaha, NE  68106

Tauber Westland & Benett P.C.
1415 Eagle Ridge Drive
Schererville, IN  46375

Travelers Bond
One Tower Square
Hartford, CT  06183

Western Surety
101 South Philips Ave.
Sioux Falls, SD  57104-6703

Tcm Bank Na
2701 N Rocky Point Dr St
Tampa, FL  33607

Triad - HFN-Southwestern Bell Mobile
C/O Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY  14210

Wfs/wachovia Dealer Sv
P.o. Box 1697
Winterville, NC  28590

The Concerete Guys
P.O. Box 409
Scherville, IN  46375

Utilities Inc.
P.O. Box 361
Cedar Lake, IN  46303

White Cap Construction Supply
9950 S. 134th St.
Omaha, NE  68138

**Wieser & Sterba**
**425 West Lincoln Hwy**
**Schererville, IN  46375**


**William A. Cunha**
**P.O. Box 608**
**Manteno, IL  60950**


**William C. Cunha**
**P.O. Box 518**
**Crete, IL  60417**


**Woody's Lawn, Inc.**
**P.O. Box 126**
**Grant Park, IL  60940**


**Yardvark's Landscaping**
**P.O. Box 12**
**Watseka, IL  60970**